# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| Frederick Barrow | * | Civil Action No. 07-129 |
| versus | * | Judge Tucker L. Melançon |
| Burl Cain, Warden | * | Magistrate Judge Methvin |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record, including the objections filed by petitioner, the Court concludes that the findings and recommendation of the magistrate judge are correct under the applicable law and therefore adopts the conclusions set forth therein. It is therefore,

**ORDERED** that the instant action is DISMISSED WITHOUT PREJUDICE because the instant petition constitutes a second and successive *habeas* petition within the meaning of 28 U.S.C. sec. 2244(b) filed without prior authorization of the United States Court of Appeals for the Fifth Circuit.

Thus done and signed this 2nd day of April, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE